Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear St., Suite 200
San Francisco, CA 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.3881
Email: jfillerup@luce.com

Attorneys for Plaintiff
STRAWFLOWER ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADIOSHACK CORPORATION, <br><br> Defendant. | Case No.  C05-0747MMC <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Date:  July 29, 2005 <br> Time:  9:00 a.m. <br> Place:  Courtroom 7 <br> Judge:  Hon. Maxine M. Chesney |

The Plaintiff Strawflower Electronics, Inc. has moved for leave to file a Second Amended Complaint pursuant to FRCP 15(a). The proposed Second Amended Complaint is attached to the declaration of the Plaintiff's counsel, Jeffrey Fillerup, as Exhibit "A".

Having considered the arguments in the Plaintiff's Motion for Leave to File Second Amended Complaint, the opposition papers filed by the Defendant, and good cause appearing,

IT IS HEREBY ORDRED as follows:

The Plaintiff has shown good cause for the filing of the Second Amended Complaint and because the request for leave was made at an early stage in the case, prior to the commencement of discovery and prior to the first status conference, there is no prejudice to the Defendant by

---

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

182301                                                          1                                            Case No. C05-0747MMC

1  allowing the filing of the amended complaint.  Accordingly, the Plaintiff's Motion for Leave to
2  File the Second Amended Complaint is granted.  The Defendant shall ~~answer~~ file a response to the Second Amended
3  Complaint within twenty days of the date ~~of this Order.~~ plaintiff files the Second Amended
4  Complaint.  Plaintiff shall file its Second Amended Complaint no later than Friday, July 29, 2005.

6  DATED:  July 26, 2005

APPROVED
Judge Maxine M. Chesney

~~[PROPOSED]~~ ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

182301                                    2                          Case No. C05-0747MMC