**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  STRAWFLOWER ELECTRONICS, INC.,           No. C-05-0747 MMC

12              Plaintiff,                    **ORDER DIRECTING PLAINTIFF TO
                                             LODGE CHAMBERS COPY IN
13      v.                                   COMPLIANCE WITH GENERAL
                                             ORDER 45 AND THE COURT'S
14  RADIOSHACK CORPORATION,                  STANDING ORDERS**

15              Defendant.

16  _____/

17

18          On September 2, 2005, plaintiff electronically filed its opposition to defendant's

19  motion to dismiss.  Plaintiff has violated General Order 45 and the Court's standing orders,

20  however, by failing to deliver to the Clerk's Office "no later than noon on the business day

21  following the day that the papers are filed electronically, one paper copy of each document

22  that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the

23  judge's name, case number, and 'Chambers Copy-Do Not File.'" <u>See</u> General Order 45

24  § VII.G; <u>see</u> <u>also</u> Standing Orders For Civil Cases Assigned to The Honorable Maxine M.

25  Chesney ¶ 2.

26          Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

27  standing orders by immediately submitting a chambers copy of the above-referenced

28  document.  The parties are hereby advised that if either party fails in the future to comply

with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions on the noncomplying party, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 8, 2005

MAXINE M. CHESNEY
United States District Judge

2