IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC., | No. C-05-0747 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT PARTIES' STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

    Before the Court is the parties' December 9, 2005 stipulation to continue a status conference in the above-titled action from December 16, 2005 to January 27, 2006. Pursuant to the Court's Pretrial Preparation Order, filed August 22, 2005, the next status conference in the above-titled action is July 21, 2006. The docket entry referencing a status conference on December 16, 2005 was made in error, and is not based on any order by this Court.

    Accordingly, as no status conference is scheduled for December 16, 2005, the parties' stipulation and proposed order continuing that status conference is denied as moot.

**IT IS SO ORDERED.**

Dated: December 12, 2005



MAXINE M. CHESNEY
United States District Judge