LUCE, FORWARD, HAMILTON & SCRIPPS LLP
JEFFREY L. FILLERUP (State Bar No. 120543)
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: 415.356.4600
Facsimile: 415.356.3881
jfillerup@luce.com

Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896)
MEGAN M. CHUNG (State Bar No. 232044)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
mtjansen@townsend.com
mmchung@townsend.com

Attorneys for Defendant and Counterclaimant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STRAWFLOWER ELECTRONICS, INC., | Case No.   CV 05-00747 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MEDIATION AND [PROPOSED] ORDER THEREON** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

STIPULATION TO CONTINUE MEDIATION AND [PROPOSED] ORDER THEREON
Case No. C-05-0747 MMC

Plaintiff and Counterclaim-Defendant Strawflower Electronics, Inc. ("Strawflower") and Defendant and Counterclaimant RadioShack Corporation ("RadioShack"), hereby stipulate, as follows:

This case is scheduled for a mediation on January 19, 2006 pursuant to Rule 6 of the Local ADR Rules. James Donato has been appointed as the mediator. Both Strawflower and RadioShack have served multiple sets of written discovery in the case, which discovery has resulted in discovery disputes between the parties, including a dispute regarding the scope of a protective order proposed by RadioShack. On January 6, 2006, RadioShack filed a motion for the entry of its form of protective order and Strawflower expects to oppose RadioShack's motion. The Court will be referring RadioShack's motion to a Magistrate Judge.

The parties believe that their current discovery disputes will be an impediment to any meaningful settlement discussions and that it would create an increased likelihood of settlement in this case if the January 19, 2006 mediation were continued until after the hearing of RadioShack's motion and the resolution of other discovery disputes.

Mr. Donato has agreed to re-schedule the mediation to a later date, if the parties stipulate to the continuance and the Court approves.

The parties hereby stipulate to an order allowing the mediation to be continued for a period not to exceed 60 days, such that the mediation will be rescheduled and be completed on or before March 17, 2006.

DATE: January 9, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
MARK T. JANSEN
Attorneys for Defendant and Counterclaimant
RADIOSHACK CORPORATION

Case 3:05-cv-00747-MMC   Document 64   Filed 01/09/06   Page 3 of 3

DATE: January 9, 2006

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
JEFFREY L. FILLERUP

Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

## ORDER

Based upon the foregoing stipulation and for good cause appearing, the parties are granted leave to re-schedule the mediation in this case to a later date, one convenient for the parties and the mediator, such that the mediation is completed on or before March 17, 2006.

DATE: January 9, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

192229.1

- 2 -
STIPULATION TO CONTINUE MEDIATION AND [PROPOSED] ORDER THEREON
Case No. C-05-0747 MMC