LUCE, FORWARD, HAMILTON & SCRIPPS LLP
JEFFREY L. FILLERUP (State Bar No. 120543)
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, CA  94105-1582
Telephone: 415.356.4600
Facsimile: 415.356.3881
jfillerup@luce.com

Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896)
MEGAN M. CHUNG (State Bar No. 232044)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
mtjansen@townsend.com
mmchung@townsend.com

Attorneys for Defendant and Counterclaimant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RADIOSHACK CORPORATION,<br><br>        Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No.   CV 05-00747 MMC<br><br>**STIPULATION TO AMEND MEDIATION ORDER, AND [PROPOSED] ORDER THEREON** |

1   Plaintiff and Counterclaim-Defendant Strawflower Electronics, Inc. ("Strawflower") and
2  Defendant and Counterclaimant RadioShack Corporation ("RadioShack"), hereby stipulate, as
3  follows:
4   On January 9, 2006, the Court entered an order (Docket No. 64) extending until March 17,
5  2006 the time for the parties to participate in a mediation with the court-appointed mediator, James
6  Donato (the "1/9/06 Order").
7   In light of the complexity of the case and scheduling conflicts that would preclude a mediation
8  with Mr. Donato before March 17, 2006, the parties believe that a mediation with a private mediator
9  is better suited to this case.    In addition, a mediation with a private mediator can be conducted prior
10 to March 17, 2006.   The parties have agreed to hire David Meadows as the mediator and a mediation
11 has been scheduled with Mr. Meadows on February 23, 2006 at 9:30 a.m. in San Francisco.
12   Based upon the foregoing, the parties stipulate to amend the 1/9/06 Order to allow the parties
13 to proceed with a mediation using a private mediator and conduct the mediation on or before March
14 17, 2006.

16 DATE: February 9, 2006         TOWNSEND AND TOWNSEND AND CREW LLP

17                      By:        /S/ Mark T. Jansen
                                  MARK T. JANSEN
18
                          Attorneys for Defendant and Counterclaimant
19                        RADIOSHACK CORPORATION

22 DATE: February 9, 2006         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

23                      By:        /S/ Jeffrey L. Fillerup
                                  JEFFREY L. FILLERUP
24
                          Attorneys for Plaintiff and Counterclaim-Defendant
25                        STRAWFLOWER ELECTRONICS, INC.

STIPULATION TO AMEND MEDIATION ORDER, AND [PROPOSED] ORDER THEREON
Case No. C-05-0747 MMC

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing, the 1/9/06 ORDER is amended to allow the parties to participate in a mediation using a private mediator, within the time period set forth in the 1/9/06 Order—by March 17, 2006.  The reference to court-sponsored mediation is hereby WITHDRAWN.

DATE:   February 13, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

194065.1

- 2 -

STIPULATION TO AMEND MEDIATION ORDER, AND [PROPOSED] ORDER THEREON
Case No. C-05-0747 MMC