Paul D. Nelson/Ray L. Wong
DUANE MORRIS LLP
One Market; Spear Tower, Suite 2000
San Francisco, CA  94105-1104
Telephone:  415-371-2200
Facsimile:  415-371-2201

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| STRAWFLOWER ELECTRONICS, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 05-00747 MMC |
| v. | |
| RADIOSHACK CORPORATION | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

RadioShack Corporation   [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes Paul D. Nelson and Ray L. Wong, Duane Morris LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   One Market; Spear Tower, Ste. 2000
*Street Address*

San Francisco, CA  94105-1104    415-371-2200     415-371-2201     84193/62258
*City, State Zip Code*       *Telephone Number*    *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of  Mark T. Jansen/Megan M. Chung, Townsend,Townsend and Crew LLP
*Present Attorney*

Dated: March 7, 2006

*Signature of Party*
Karen Tillman

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 8, 2006

*Signature of Present Attorney*
Mark T. Jansen

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: March 8, 2006

*Signature of New Attorney*
Ray L. Wong

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: March 10, 2006

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                                                          G01