UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADIOSHACK CORPORATION, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS. | Case No. C05-0747MMC <br><br> **ORDER RE ENTRY OF MODEL PROTECTIVE ORDER** |

At the telephonic discovery conference with the Magistrate Judge Bernard Zimmerman on January 13, 2006 at 11:30 a.m., the Court ordered, as follows:

1. The Court took the Defendant's motion for entry of its form of protective order, and the Plaintiff's objections thereto, off calendar, and instead ordered that the Court's model protective order (which is attached as Exhibit "1") would become the protective order in this case until further order of the Court. Accordingly, the model protective order is entered in this case based upon the Court's order, not a stipulation of the parties, and without prejudice to modification of the model protective order as provided below.

2. The model protective order shall be effective as of January 13, 2006, even if a

1 | written order is entered by the Court at some later date.

2 |      3.   In the event that a party (or the parties) believes that the model protective order should be modified, if a stipulation cannot be reached regarding modification of the model order after the parties have met and conferred regarding the proposed modifications, then a party (or the parties) may file a motion to modify the model protective order.

DATED: 7/hu 06

United States Magistrate Judge

APPROVED AS TO FORM:

DATED: April 6, 2006     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /S/
    Jeffrey L. Fillerup
    Attorneys for Plaintiff and Counterclaim-Defendant
    STRAWFLOWER ELECTRONICS, INC.

DATED: April 6, 2006     DUANE MORRIS LLP

By: /S/
    Ray Wong
    Attorneys for Defendant and Counterclaimant
    RADIOSHACK CORPORATION

197467