Paul D. Nelson (SBN #62258)
Ray L. Wong (SBN #84193)
Adam Strachan (SBN #226100)
**DUANE MORRIS LLP**
One Market, Spear Street Tower, Suite 2000
San Francisco, CA  94105
Tel:  415-371-2200
Fax:  415-371-2201
Email:  Pdnelson@duanemorris.com

Attorneys for Defendant
RADIOSHACK CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | Case No.: 3:05-cv-00747-MMC<br><br>**STIPULATION TO CONTINUE TRIAL AND PRETRIAL SCHEDULE** |

The parties hereby stipulate to continuing the trial date and various discovery related dates as follows:

1. Trial: January 23, 2007

2. Non-Expert Discovery Cutoff: August 12, 2006

3. Designation of Experts: no later than September 2, 2006

4. Rebuttal Expert Designation: no later than September 23, 2006

5. Expert Discovery Cutoff: October 14, 2006

6. Dispositive Motions: filed no later than October 28, 2006

7. Pretrial Conference: January 10, 2007

//

//

8. Meet and Confer (Civ. L.R. 16-10(b)(5)): lead trial counsel shall meet and confer no later than December 5, 2006.

**DUANE MORRIS LLP**

Dated: April 6, 2006   By: /s/ Ray L. Wong
Attorneys for Defendant
RADIOSHACK CORPORATION

**LUCE FORWARD HAMILTON & SCRIPPS LLP**

Dated: April 6, 2006   By: /s/ Jeffrey L. Fillerup
Attorneys for Plaintiff
STRAWFLOWER ELECTRONICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** with the exception that the trial is continued to February 20, 2007; the pretrial conference is continued to February 6, 2007.

By: _/s/ Maxine M. Chesney_
Judge Maxine M. Chesney