IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC., | No. C 05-0747 MMC |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

The trial in the above-titled action having been continued by prior order from October 23, 2006 to February 20, 2007, the status conference presently scheduled for July 21, 2006 is hereby CONTINUED to October 27, 2006 at 10:30 a.m.  A joint status conference statement shall be filed no later than October 20, 2006.

**IT IS SO ORDERED.**

Dated: July 18, 2006

MAXINE M. CHESNEY
United States District Judge