Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    jfillerup@luce.com

Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

Ray L. Wong, State Bar No. 84193
DUANE MORRIS LLP
1 Market Spear Tower #2000
San Francisco, CA 94105-1104
Telephone No.: 415.957.3149
Fax No.:  415.957.3001
E-Mail:  rlwong@duanemorris.com

Attorneys for Defendant and Counterclaimant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STRAWFLOWER ELECTRONICS, INC., | Case No. CV 05-00747 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE OCTOBER 27, 2006 STATUS CONFERENCE AND** [PROPOSED] **ORDER THEREON** |
| v. | |
| RADIOSHACK CORPORATION, | Date:    October 27, 2006 |
| Defendant. | Time:   10:30 a.m. |
| | Crtrm.:  7 |
| AND RELATED CROSS-ACTIONS | |

In July, 2006, the parties reached a tentative settlement of this case. Since the tentative settlement was reached, counsel for the parties have worked on the negotiation and finalization of settlement agreements memorializing the settlement. The process of finalizing and memorializing the settlement has been delayed because of the complexity of the settlement, which involves multiple settlement agreements and multiple insurers.

Counsel believe that (i) the current versions of the written settlement agreements are in a near-final form; (ii) the settlement agreements provide for the dismissal of all claims and counterclaims in this case with prejudice; (iii) once the dismissals provided for in the written settlement agreements have been entered by the Court, then there will be no remaining claims in this case; and (iv) the settlement should be finalized and executed within the next 20 days.

In light of the foregoing, the parties stipulate to a continuance of the October 27, 2006 status conference for 30 days.

DATED: October 20, 2006        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
    JEFFREY L. FILLERUP
    Attorneys for Plaintiff and Counterclaim-Defendant
    STRAWFLOWER ELECTRONICS, INC.

DATED: October 20, 2006        DUANE MORRIS LLP

By: _____
    RAY L. WONG
    Attorneys for Defendant and Counterclaimant
    RADIOSHACK CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

PURSUANT TO THE ABOVE STIPULATION, and for good cause appearing,

IT IS HEREBY ordered that the October 27, 2006 Status Conference is continued to ~~November ___~~ December 1, 2006 at 10:30 a.m., and the parties are to file a Joint Status Conference Statement by November 22, 2006.

DATED: October 23, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

207949.1

---

3

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON
Case No. CV 05-00747 MMC