1  Jeffrey L. Fillerup, State Bar No. 120543
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-Mail:    jfillerup@luce.com

5  Attorneys for Plaintiff and Counterclaim-Defendant
   STRAWFLOWER ELECTRONICS, INC.
6

7  Ray L. Wong, State Bar No. 84193
   DUANE MORRIS LLP
8  1 Market Spear Tower #2000
   San Francisco, CA 94105-1104
9  Telephone No.: 415.957.3149
   Fax No.:  415.957.3001
10 E-Mail: rlwong@duanemorris.com

11 Attorneys for Defendant and Counterclaimant
   RADIOSHACK CORPORATION
12

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

18 | STRAWFLOWER ELECTRONICS, INC., | Case No. CV 05-00747 MMC |
19 | Plaintiff, | **STIPULATION TO CONTINUE DECEMBER 1, 2006 STATUS CONFERENCE AND [PROPOSED] ORDER THEREON** |
20 | v. | |
21 | RADIOSHACK CORPORATION, | |
22 | Defendant. | Date:    December 1, 2006<br>Time:    10:30 a.m.<br>Crtrm.:   7 |
23 | | |
24 | AND RELATED CROSS-ACTIONS | |

25

26

27

28

                                1
STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON
Case No. CV 05-00747 MMC

1  In July, 2006, the parties reached a tentative settlement of this case. After the tentative settlement was reached, counsel for the parties have worked on the negotiation and finalization of settlement agreements memorializing the settlement. The process of finalizing and memorializing the settlement has been delayed because of the complexity of the settlement, which involves multiple settlement agreements and multiple insurers. The parties and insurer have finalized the settlement agreements, although the final settlement agreements have not been executed by all of the parties. Counsel believe that (i) the final settlement agreements will be fully executed by the parties by December 20, 2006; (ii) the final settlement agreements provide for the dismissal of all claims and counterclaims in this case with prejudice; (iii) a stipulation providing for the dismissal of all claims with prejudice will be submitted to the Court by December 20, 2006; and (iv) once the dismissals provided for in the written settlement agreements have been entered by the Court, then there will be no remaining claims in this case.

In light of the foregoing, the parties stipulate to a continuance of the December 1, 2006 status conference for 30 days.

DATED: November ___, 2006        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Jeffrey L. Fillerup
JEFFREY L. FILLERUP
Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

DATED: November ___, 2006        DUANE MORRIS LLP

By: /s/ Ray L. Wong
RAY L. WONG
Attorneys for Defendant and Counterclaimant
RADIOSHACK CORPORATION

# ORDER

PURSUANT TO THE ABOVE STIPULATION, and for good cause appearing,

IT IS HEREBY ordered that the December 1, 2006 Status Conference is continued to January  5 , 2007 at  10:30 a.m, and that the new status conference will be taken off calendar if a stipulation to dismiss all claims in the case is provided to the Court by December 29, 2006.

DATED: November 28, 2006

_[signature]_
UNITED STATES DISTRICT COURT JUDGE

209758.1