Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    jfillerup@luce.com

Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAWFLOWER ELECTRONICS, INC., | Case No. C05-0747MMC |
| Plaintiff, | **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE, AND [PROPOSED] ORDER THEREON** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |
| RADIOSHACK CORPORATION, | |
| Counterclaimant, | |
| v. | |
| STRAWFLOWER ELECTRONICS, INC., | |
| Counterclaim-Defendant. | |

Plaintiff and Counterclaim-Defendant Strawflower Electronics, Inc. ("Plaintiff"), by and through its counsel of record, and Defendant and Counterclaimant RadioShack Corporation ("Counterclaimaint"), by and through its counsel of record, hereby stipulate, as follows:

1.    After having reached a settlement of all claims alleged in this case, the parties have entered into a confidential settlement agreement (the "Settlement Agreement"). The

1

1  Settlement Agreement calls for the dismissal with prejudice of the Plaintiff's Third Amended
2  Complaint and the Counterclaimant's Amended Counterclaim.
3      2.   The parties stipulate to the Court's entry of an order dismissing with prejudice all
4  of the claims alleged in the Third Amended Complaint and the Amended Counterclaim in
5  accordance with the Settlement Agreement.
6      3.   The parties stipulate that the dismissal provided herein will be consistent with the
7  Settlement Agreement entered into by the parties, and that any payments by the parties shall be
8  confidential as provided for in the Settlement Agreement.
9      4.   The parties' counsel stipulate to the above-referenced dismissal with prejudice,
10 and the entry of an order by the Court based upon this Stipulation.

DATED: December 22, 2006      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Jeffrey L. Fillerup
Jeffrey L. Fillerup
Attorneys for Plaintiff and Counterclaim-Defendant
STRAWFLOWER ELECTRONICS, INC.

DATED: December 22, 2006      DUANE MORRIS LLP

By: /s/ Ray L. Wong
Ray L. Wong
Attorneys for Defendant and Counterclaimant
RADIOSHACK CORPORATION

1  ORDER OF DISMISSAL

2  Based upon the foregoing Stipulation and for good cause appearing,

3  IT IS HEREBY ORDERED that all of the claims alleged in the Third Amended Complaint and
4  the Amended Counterclaim in this case are hereby dismissed with prejudice, according to the
5  parties' Settlement Agreement. Neither party is ordered to pay the other parties' costs and
6  attorney's fees.

January 2, 2007
DATED: _____, ~~2006~~       _____
                                   UNITED STATES DISTRICT COURT JUDGE

211075.1

---

3

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE, AND [PROPOSED] ORDER THEREON
Case No. CV 05-00747 MMC